≈ AO 470  (Rev. 12/03) Order of Temporary Detention

# UNITED STATES DISTRICT COURT

__NORTHERN__ District of __OHIO__

| UNITED STATES OF AMERICA | ORDER OF TEMPORARY DETENTION PENDING HEARING PURSUANT TO BAIL REFORM ACT |
|---|---|
| V. | |
| Dezay Martell Ely  _Defendant_ | Case Number: 5:16MJ1125-KBB |

Upon motion of the __United States of America__, it is ORDERED that a detention hearing is set for __8/19/2016__ * at __11:00 am__
                                           _Date_                            _Time_

before __Magistrate Judge Kathleen B. Burke__
              _Name of Judicial Officer_

__Courtroom 400, U.S. Courthouse, 2 S. Main Street, Akron, OH 44308__
_Location of Judicial Officer_

Pending this hearing, the defendant shall be held in custody by (the United States marshal)
(_____) and produced for the hearing.
_Other Custodial Official_

Date: __8/16/2016__                                             _Kathleen B. Burke_ (signature)
                                                                                   _U.S. Magistrate Judge_

---

*If not held immediately upon defendant's first appearance, the hearing may be continued for up to three days upon motion of the Government, or up to five days upon motion of the defendant.  18 U.S.C. § 3142(f)(2).

    A hearing is required whenever the conditions set forth in 18 U.S.C. § 3142(f) are present.  Subsection (1) sets forth the grounds that may be asserted only by the attorney for the Government; subsection (2) states that a hearing is mandated upon the motion of the attorney for the Government or upon the judicial officer's own motion if there is a serious risk that the defendant (a) will flee or (b) will obstruct or attempt to obstruct justice, or threaten, injure, or intimidate, or attempt to threaten, injure, or intimidate a prospective witness or juror.